# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| **KENNETH A. BROOKS,** | )<br>) |
| Plaintiff, | )  Case No. 2:21CV00010<br>) |
| v. | )  **ORDER**<br>) |
| **KILOLO KIJAKAZI,**<br>**ACTING COMMISSIONER**<br>**OF SOCIAL SECURITY,** | )  JUDGE JAMES P. JONES<br>)<br>)<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed August 4, 2022, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED; and

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report.

ENTER:  August 23, 2022

/s/ JAMES P. JONES
Senior United States District Judge